IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**DISABILITY RIGHTS MISSISSIPPI**                        **PLAINTIFF**

**v.**                        **CIVIL ACTION NO. 1:25-CV-45-GHD-RP**

**LOUISVILLE MUNICIPAL**                        **DEFENDANT**
**SCHOOL DISTRICT**

---

**STIPULATION OF DISMISSAL**

---

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, due to the fact that the parties have settled all claims herein, it is hereby stipulated by all parties that all claims shall be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted this the 15th day of September, 2025.

| DISABILITY RIGHTS MISSISSIPPI | LOUISVILLE MUNICIPAL SCHOOL DISTRICT |
|---|---|
| /s/ D. Hunter V. Robertson | /s/ Mary McKay Griffith |
| D. Hunter V. Robertson (MSB # 105983) | Katherine P. McClellan (MSB # 105718) |
| Disability Rights Mississippi | Daniel J. Griffith (MSB # 8366) |
| 5 Old River Place, Suite 101 | Mary McKay Griffth (MSB # 100785) |
| Jackson, Mississippi 39202 | JACKS GRIFFITH LUCIANO, P.A. |
| (p) 601-968-0600 | P.O. BOX 1209 |
| (f) 601-968-0665 | Cleveland, MS 38732 |
| hrobertson@drms.ms | (p) 662-843-6171 |
| | (f) 662-843-6176 |
| | katie@jlpalaw.com |
| | dgriffith@jlpalaw.com |
| | mgriffith@jlpalaw.com |

**CERTIFICATE OF SERVICE**

      I do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

DATED: September 15, 2025

      /s/ D. Hunter V. Robertson_____
D. Hunter V. Robertson (MSB # 105983)
Disability Rights Mississippi
5 Old River Place, Suite 101
Jackson, Mississippi 39202
(p) 601-968-0600
(f) 601-968-0665
hrobertson@drms.ms